# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 11, 2015

## NO. 03-14-00821-CV

**Ha Duong Nhu and D&H Restaurant Equipment, Appellant**

**v.**

**Hunan Ranch Corporation, Appellee**

**APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND SHANNON\***
**REVERSED AND REMANDED -- OPINION BY JUSTICE SHANNON**

This is an appeal from the judgment signed by the district court on June 30, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment. Therefore, the Court reverses the district court's judgment and remands the case to the district court for a new trial on the issue of lost profits. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.

\* Before Bob E. Shannon, Chief Justice (retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).